```
                 UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 05-30008-MAP |
| | ) |
| RONALD CHARLES, | ) VIOLATIONS |
|     Defendant. | ) 21 U.S.C. §841 (a)(1) |
| | ) Manufacture, Distribute |
| | ) or Possess with Intent to |
| | ) Manufacture or Distribute |
| | ) Cocaine Base |

## INDICTMENT

The Grand Jury charges that:

COUNT ONE:   (Title 21, United States Code, Section 841: Manufacture, Distribution and Possession with Intent to Manufacture and Distribute Cocaine Base; Title 18, United States Code, Section 2: Aiding and Abetting)

1.   On or about August 4, 2004, in Hampden County, in the District of Massachusetts,

                        RONALD CHARLES,

the defendant herein, did knowingly and intentionally manufacture, distribute and possess with intent to manufacture and distribute a mixture or substance containing a detectable amount of cocaine base in the form of crack cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

<u>FORFEITURE ALLEGATION</u>

(21 U.S.C. § 853)

The Grand Jury further charges that:

1. As a result of the offenses alleged in Count One of this Indictment,

RONALD CHARLES,

defendant herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of the offenses, and any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses.

2. If any of the properties described in paragraph 1, above, as a result of any act or omission of the defendant -

   (a) cannot be located upon the exercise of due diligence;
   (b) has been transferred or sold to, or deposited with, a third party;
   (c) has been placed beyond the jurisdiction of the Court;
   (d) has been substantially diminished in value; or
   (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property

described in paragraph 1.

All in violation of Title 21, United States Code, Section 853.

3

A TRUE BILL

*[signature]*
Foreperson of the Grand Jury

*[signature]*
Todd E. Newhouse
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS:

Returned into the District Court by the Grand Jurors and filed on March *10* , 2005.

*[signature]*
Deputy Clerk of Court
*10:30 AM*

4