UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Criminal No. 05-30008-MAP |
| | ) |
| | ) 21 U.S.C. § 851(a)(1) - |
| | ) (Sentence Enhancement for |
| v. | ) Prior Drug Conviction) |
| | ) |
| RONALD CHARLES, | ) |
| Defendant. | ) |

INFORMATION

Comes now the United States of America, by and through Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Todd E. Newhouse, Assistant United States Attorney, pursuant to Title 21, United States Code, Section 851(a)(1), and states that it is the intent of the United States to rely upon a previous felony drug conviction of defendant RONALD CHARLES to increase the punishment that may be imposed by this Court upon defendant RONALD CHARLES' conviction for the drug offense alleged in Count One of the Indictment in the above-captioned matter.

The prior felony conviction upon which the Government intends to rely regarding RONALD CHARLES is the following:
1) felony convictions of guilty for Possession of a Class B Controlled Substance with Intent to Distribute; Possession of a Class D Controlled Substance with Intent to Distribute; and Possession of a Controlled Substance with Intent to Distribute in

1

a School Zone, Docket Numbers 9722CR3220A, 9722CR3220B and 9722CR3220C, entered on August 7, 1997, in Springfield District Court, Springfield, Massachusetts.

Certified copies of the convictions have been ordered and received and will be maintained by the undersigned attorney for the government.

Filed this 10th day of March, 2005.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

KEVIN O'REGAN
Assistant U.S. Attorney
Chief, Springfield
Branch Office

CERTIFICATE OF SERVICE

Hampden, ss.                                Springfield, Massachusetts
                                            March 10, 2005

I, Todd E. Newhouse, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by mailing said motion to all counsel of record.

TODD E. NEWHOUSE
Assistant United States Attorney

2