AO 456 (Rev. 5/85)  Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ MASSACHUSETTS

UNITED STATES OF AMERICA

**NOTICE**

V.

RONALD CHARLES

CASE NUMBER:   05-30008-MAP

TYPE OF CASE:

☐ **CIVIL**          ☒ **CRIMINAL**

☒ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| 1550 Main Street<br>Springfield, MA 01103 | Courtroom Three |
| | DATE AND TIME |
| | March 18, 2005, at 10:30 a.m. |

TYPE OF PROCEEDING

INITIAL APPEARANCE AND ARRAIGNMENT

☐ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| Courtroom Three | | |

TONY ANASTAS, CLERK

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

March 15, 2005

DATE

/s/ Bethaney A. Healy

(BY) DEPUTY CLERK

TO:     All counsel of record