

U.S. Department of Justice

United States Attorney
District of Massachusetts

Main Reception: (413) 785-0235
Fax: (413) 785-0394

Federal Building & Courthouse
Main Street, Room 310
Springfield, Massachusetts 01103

May 3, 2005

Bernard T. O'Connor, Jr., Esq.
1391 Main Street
Springfield, MA 01103

Re:  United States v. Ronald Charles
     Criminal Nos. 05-30008-MAP; and 05-30009-MAP

Dear Attorney O'Connor:

In accordance with the government's discovery obligations pursuant to Local Rule 116.1(C) and 116.2(B) and Fed. R. Crim. P. 16(a)(1), I am providing you with the following information and materials: enclosed please find two laboratory reports regarding the crack cocaine in this case which specify that the cocaine seized in this case was in the form of cocaine base.

Please feel free to call me at (413) 785-0235 if you have any questions about the above information.

Very truly yours,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
TODD E. NEWHOUSE
Assistant U.S. Attorney

Enclosures
cc: Bethany Healy,
    Courtroom Clerk
    Hon. Kenneth P. Neiman
    United States Magistrate Judge
    (w/o enclosures);

1