UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Criminal No. 05-30008-MAP |
| ) | |
| RONALD CHARLES ) | |
|             Defendant ) | |

### MOTION FOR RELIEF FROM SCHEDULING ORDER

Now comes the defendant through counsel, and requests relief from the Scheduling Order dated March 18, 2005, and requests he be allowed to file his discovery letter to the government this date. As reasons therefore:

1. The defendant was initially held at a federal detention center in Rhode Island counsel's schedule in April made it impossible to meet and speak with the defendant to discuss his case.

2. On April 29, 2005 counsel received notice from the defendant that he had been transferred to the House of Correction in Ludlow MA. Counsel was able to discuss with the defendant his case and now is prepared to file the discovery letter.

Date: May 4, 2005

RESPECTFULLY SUBMITTED,
THE DEFENDANT

Bernard T. O'Connor, Jr.
O'CONNOR, MARTINELLI, CULLINAN & PIKULA
1391 Main Street, Suite 1022
Springfield, MA 01103
(413) 781-5311
BBO # 557872

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT [illegible]
5/4/05

**O'CONNOR, MARTINELLI, CULLINAN & PIKULA**
SUITE 1022
1391 MAIN STREET
SPRINGFIELD, MASSACHUSETTS 01103-1649
TELEPHONE (413) 781-5311
FACSIMILE (413) 746-2707

S. THOMAS MARTINELLI
BERNARD T. O'CONNOR, JR.
EDWARD M. PIKULA
WILLIAM G. CULLINAN
SHAWN M. O'CONNOR

BERNARD T. O'CONNOR (1917-1993)
THOMAS J. O'CONNOR (1925-1996)
WILLIAM L. COHN (1925-2003)

INDIVIDUAL PRACTITIONERS, NOT IN PARTNERSHIP

May 4, 2005

Todd Newhouse, Assistant U.S. Attorney
Office of the United States Attorney
1550 Main Street
Springfield, MA 01103

RE: United States v. Ronald Charles
Criminal No.: 05-30008-MAP

Dear Attorney Newhouse:

Pursuant to the Local Rule 16.1, the Defendant requests the following discovery:

1. Disclosure of the identity of the confidential informant.

2. Disclose information regarding the informant regarding:
a. record and information revealing informant's prior convictions;
b. record and information revealing informant's prior misconduct;
c. record and information revealing promises, rewards or considerations given to the informant or other witnesses;
d. record and information revealing any threats concerning criminal prosecution investigations or potential criminal prosecutions or investigations pending, or which could be brought against the informant;
e. identify each occasion on which the informant has testified before the court or grand jury in connection with this case or other cases, including names and criminal numbers of any and all other criminal cases, state or federal, in which the informant had been involved either as an informant or defendant.

3. Copies of cooperation agreements made by the government with the informant or any other witness.

4. Disclosure of the names of expert witnesses the government expects to call as part of its case in chief, including each experts qualifications, the expected testimony of each

expert, and the basis for the expert's opinion.

     5.   Post arrest statements made by cooperating government witnesses or prospective government witnesses.

Thank you.

                        Very truly yours,

                        BERNARD T. O'CONNOR, JR.

BTOC.JR\lvf

c:   Bethany Healy, Clerk to Judge Niemann