



U.S. Department of Justice



*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (413) 785-0235*
*Fax: (413) 785-0394*

*Federal Building & Courthouse*
*Main Street, Room 310*
*Springfield, Massachusetts 01103*

May 9, 2005

Bernard T. O'Connor, Jr., Esq.
1391 Main Street
Springfield, MA 01103

    Re: <u>United States v. Ronald Charles</u>
         Criminal Nos. 05-30008-MAP; and 05-30009-MAP

Dear Attorney O'Connor:

    In accordance with the government's discovery obligations pursuant to Local Rule 116.1(C) and 116.2(B) and Fed. R. Crim. P. 16(a)(1), I am providing you with the following response to your May 4, 2005 discovery letter.

1. Pursuant to <u>Roviaro v. United States</u> the government declines to produce discovery regarding any informants.

2. Pursuant to <u>Roviaro v. United States</u> the government declines to produce discovery regarding any informants.

3. Pursuant to <u>Roviaro v. United States</u> the government declines to produce discovery regarding any informants. The government refuses to disclose information regarding any other witness prior to the timing set forth in 18 U.S.C. § 3500.

4. The government will call state laboratory analyst Rebecca Pontes who will testify based upon her training and experience that the substance seized from the defendant was cocaine base. The government will also call as witnesses law enforcement agents assigned to the FBI's western Massachusetts gang task force who will testify based upon their training and experience that the substance seized from the defendant is cocaine base in the form of crack cocaine and the process of cooking crack cocaine.

5. The government refuses to provide witnesses statements at

this time pursuant to 18 U.S.C. § 3500.

Please feel free to call me at (413) 785-0235 if you have any questions about the above information.

                              Very truly yours,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                  By:

                              TODD E. NEWHOUSE
                              Assistant U.S. Attorney

Enclosures
cc: Bethany Healy,
    Courtroom Clerk
    Hon. Kenneth P. Neiman
    United States Magistrate Judge
    (w/o enclosures);