UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05-30008-MAP |
| ) | |
| RONALD CHARLES, ) | |
| Defendant ) | |

FINAL STATUS REPORT
June 23, 2005

NEIMAN, U.S.M.J.

The court held to a final status conference this day and, in accord with Local Criminal Rule 116.5(D), reports as follows:

1. The parties are not presently engaging in plea negotiations and estimate that a trial, if necessary, will take five days. An initial pretrial conference has been scheduled for July 1, 2005 at 2:00 p.m. in Courtroom I. Defendant will inform the court at that time whether he intends to file dispositive motions.

2. Defendant does not intend to raise a defense of insanity or public authority.

3. All discovery has been completed.

4. The parties report and the court finds that thirty-four days will have run on the Speedy Trial clock as of July 1, 2005. An Order of Excludable Delay

will issue.

5. There are no other matters relevant to the progress or resolution of the case.

DATED: July 23, 2005

    /s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge