UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA            )
                                    )
        v.                          )    Criminal Action No. 05-30008-MAP
                                    )
RONALD CHARLES,                     )
            Defendant               )

## ORDER OF EXCLUDABLE DELAY

In accordance with the Speedy Trial Act of 1974, as amended, this Court hereby orders excludable delay from <u>March 18, 2005</u>, through <u>April 1, 2005</u>, and from <u>May 6, 2005</u>, through <u>June 23, 2005</u>, for the reasons checked below.


<u>June 23, 2005</u>                                    <u>  /s/   Kenneth P. Neiman  </u>
Date                                                  U.S. Magistrate Judge


REFER TO DOCUMENT <u>Parties Agreement in Open Court and Joint Memorandum</u>

| | | | |
|---|---|---|---|
| [ ] | XA | Proceedings including examinations to determine mental competency or physical capacity | 18 U.S.C.§3161(h)(1)(A) |
| [ ] | XD | Interlocutory Appeal | 18 U.S.C.§3161(h)(1)(E) |
| [ ] | XE | Pretrial motions from filing date to hearing or disposition | 18 U.S.C.§3161(h)(1)(F) |
| [ ] | XG | Proceedings under advisement | 18 U.S.C.§3161(h)(1)(J) |
| [ ] | XH | Miscellaneous proceedings concerning defendant | 18 U.S.C.§3161(h)(1) |
| [ ] | XM | Absence or unavailability of defendant or essential government witness | 18 U.S.C.§3161(h)(3) |
| [ ] | XN | Period of mental or physical incompetency or physical inability to stand trial | 18 U.S.C.§3161(h)(4) |
| [X] | XT | Continuance granted in the interest of justice | 18 U.S.C.§3161(h)(8) |