UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 05-30008-MAP |
| ) | Criminal No. 05-30009-MAP |
| ) | |
| v. ) | |
| ) | |
| RONALD CHARLES, ) | |
| Defendant. ) | |

### GOVERNMENT'S MOTION FOR ENTRY OF AN ORDER OF EXCLUDABLE DELAY

Now comes the United States, by its undersigned attorneys, and hereby moves that the Court enter an Order of Excludable Delay from July 1, 2005 through September 8, 2005 pursuant to 18 U.S.C. §3161(h)(8)(A). The government relies on the following in support thereof.

The Court held a Status Conference on July 1, 2005. During that conference counsel for the defendant requested until September 8, 2005 to file a Motion to Suppress.

The exclusion of this time from the Speedy Trial time period is in the interests of justice. The defendant assents to this motion. Therefore, the government moves that the Court exclude the time between July 1, 2005 through September 8, 2005 from the

1

speedy trial time period pursuant to 18 U.S.C. §3161(h)(8)(A).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:     /s/ Todd E. Newhouse
        TODD E. NEWHOUSE
        Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

Hampden, ss.                    Springfield, Massachusetts
                                July 1, 2005

I, Todd E. Newhouse, Assistant U.S. Attorney, do hereby certify that I have served, by first class mail, a copy of the foregoing, to all counsel of record.

        /s/ Todd E. Newhouse
        TODD E. NEWHOUSE
        Assistant U.S. Attorney