UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICAN

    V.                          CA NO:   05-30008-MAP

RONALD A. CHARLES

## NOTICE OF HEARING ON MOTION TO SUPPRESS AND TRIAL

July 6, 2005

     A hearing has been scheduled for September 30, 2005 at 2:00 p.m. on any Motion to Suppress filed in the above captioned case. In the event no motion is filed, this date shall be used as a status conference.

     The trial in the above captioned case shall commence on Monday, January 30, 3006 at 9:00 a.m.

     Motions _in limine_, if any, proposed Jury instructions and proposed _voir dire_ questions will be filed no later than one week prior to trial. Trial will proceed from 9:00 until 1:00 p.m thereafter unless otherwise notified.

                                        MICHAEL A. PONSOR
                                        U.S. DISTRICT JUDGE

                                        /s/Elizabeth A. French
                                            Deputy Clerk

                                        Deputy Clerk