UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>)<br>v.    )<br>)<br>RONALD CHARLES,    )<br>    Defendant.    ) | Criminal Nos. 05-30008-MAP<br>05-30009-MAP |

FILED
IN OFFICE

2005 SEP 20 P 5: 10

<u>NOTICE PURSUANT TO 18 U.S.C. § 3147</u>

The United States of America, by and through its undersigned attorneys, hereby provides the defendant with Notice Pursuant to 18 U.S.C. § 3147 and U.S.S.G. 2J1.7 regarding a potential sentencing enhancement the defendant may face if he is convicted of committing a federal offense while on release on another federal offense.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

_____
TODD E. NEWHOUSE
Assistant United States Attorney

<u>CERTIFICATE OF SERVICE</u>

Hampden, ss.                               Springfield, Massachusetts
                                           September 20, 2005

    I, Todd E. Newhouse, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing, via mail to all counsel of record.

_____
TODD E. NEWHOUSE
Assistant U.S. Attorney

1