UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
                         )
v.                       )   CRIMINAL NO. 05-30008-MAP
                         )
RONALD CHARLES,          )
        Defendant        )

MOTION TO ENLARGE TIME FOR DEFENDANT TO FILE MOTIONS

Now comes the Defendant, Ronald Charles, in the above-entitled matter, through counsel, and requests that this Honorable Court enlarge the time for filing motions, previously scheduled for September 8, 2005, and requests an extension to October 7, 2005, and states as reasons therefore:

1. Additional time will be required in order that Counsel, with the assistance from the defendant, may prepare and file motions, including a motion to suppress evidence;

2. Counsel's schedule has prevented him from scheduling an appointment to meet with the defendant since the scheduling order was put in effect. In addition, counsel was notified that a viral/bacterial infection was prevalent and spreading at the Ludlow HOC which prevented undersigned counsel from meeting with his client.

3. In addition undersigned counsel has another case in which he appears in the Hampden County Superior Court

1

Civil Session (Steele vs. Trial Court of the Commonwealth, Docket No. HDCV2002-01276-A,) has been put "on alert", meaning it can be called at any time and time has been spent preparing for trial;

    4.   The requested extension of time is necessary to ensure the effective preparation of a defense. The "ends of justice" served by granting the motion outweigh the interests of the public and the Government in having the case heard immediately;

    5.   The United States Attorney's Office has been informed of the Defendant's intention to file this Motion and has indicated to the undersigned that it does not object to Defendant's Motion For Additional Time; and

    6.   The Government will not be prejudiced by a short delay.

WHEREFORE, Defendant requests that this Court grant him additional time to file Motions with this Court.

Respectfully Submitted,

9/22/05

_____
BERNARD T. O'CONNOR, JR.
1391 Main Street
Springfield, MA 01103
(413) 781-5311
BBO #557872

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON (EACH PARTY A[illegible])
[illegible]

9/22/05
_____
Signature

2