UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
                         )
v.                       ) Criminal No. 05-30008-MAP
                         ) May 5, 2006
RONALD CHARLES,          )
        Defendant        )

MOTION FOR RECONSIDERATION OF DEFENDANT'S MOTION TO CONTINUE SENTENCING HEARING

Now comes the Defendant, Ronald Charles, through counsel, in the above-entitled matter and respectfully moves, that the Court reconsider its Order of May 5, 2006 denying defendant's request to continue for the reason that (1) "It is unclear why it required nine weeks after the sentencing date was set on January 18, 2006 for the request for a psychological exam to be submitted (March 22)". Judge Michael A Ponsor endorsed ORDER dated May 5, 2006 denying [30] Motion to Continue as to Ronald A. Charles.

The defendant states that it was not until a date on or about mid March that in a conversation with Mr. Charles in preparation for sentencing that counsel became aware for the first time of Mr. Charles long term drug abuse and addiction. At that time counsel made inquiry regarding licensed mental heath providers and as a result contacted Dr. Howard Lester regarding his availability, willingness to take the case and his rates. Counsel then on March 22, 2006 filed a request with the Court for funds for an evaluation and report.

In considering that counsel did not discover information regarding Mr. Charles' drug addiction until a time immediately

before the filing of the motion for funds, and that filing the motion for funds was not done for purpose of delay, and that under the circumstances the motion for funds was filed in a timely manner, the defendant requests the Court reconsider its Order dated May 5, 2006 and allow Defendant's Motion to Continue for those reasons stated above and for those reasons previously stated in Defendant's original motion to continue and incorporated in this motion.

                                    RESPECTFULLY SUBMITTED
                                    THE DEFENDANT

5/5/06   By  _____
                    Bernard T. O'Connor, Jr.
                    O'CONNOR, MARTINELLI CULLINAN &
                    PIKULA
                    1391 Main Street - Suite 1022
                    Springfield, MA 01103
                    (413) 781-5311
                    BBO# 557872

### CERTIFICATE OF SERVICE

I, Attorney Bernard T. O'Connor, Jr., do hereby certify on this 5th day of May, 2006, I made service of the foregoing Motion to Continue by delivering, in hand, a copy of same to AUSA Newhouse, United States Attorney's Office, and Richard Rinaldi, United States Probation Department, at the Federal Building and Courthouse, 1550 Main Street, Springfield, MA.

                                  _____
                                  BERNARD T. O'CONNOR, JR.