UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05-30008-MAP |
| ) | June 6, 2006 |
| ) | |
| RONALD CHARLES, ) | |
|      Defendant ) | |

### DEFENDANT'S MOTION TO MOVE SENTENCING HEARING FORWARD OR IN THE ALTERNATIVE CONTINUE SENTENCING HEARING

The defendant, by undersigned counsel, respectfully requests the sentencing hearing, now scheduled for June 29, 2006, at 3:30 p.m. be brought forward and scheduled for a time convenient with the Court before 12:00 noon on that date, or in the alternative be continued to another date convenient date with the Court. As reasons therefore:

    1.    Due to a scheduling conflict, undersigned counsel will not be able to appear at the scheduled 2:00 p.m. time. The undersigned will not be available at that time due to a scheduled medical appointment in Boston for a family member, at the Joslin Diabetes Center at 4:00 p.m. on that date, as more specifically detailed in attached affidavit of counsel.

    2.    The undersigned requests this matter be put on for a time before 12:00 noon on that date for sentencing or continue the sentencing hearing to another date;

    3.    Undersigned counsel having been unsuccessful in attempts to discuss this motion with the U.S. Attorney's office is unsure of the government's position.

4. The interests of justice require this motion be allowed.

WHEREFORE, the defendant moves that the sentencing hearing be scheduled for the same date but at a time before 12:00 noon, or in the alternative continue the sentencing hearing to another date that is convenient to all parties.

Dated: June 6, 2006

Respectfully submitted,
The Defendant,

By: /s/ Bernard T. O'Connor, Jr.
BERNARD T. O'CONNOR, JR.
His Attorney
BBO No. 557872
1391 Main Street - Suite 1022
Springfield, MA 01103
(413) 781-5311

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON (EACH PARTY APPEARING PRO SE AND) THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL/BY HAND ON 6/6/06

Signature

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
)
v. )   Criminal No. 05-30008-MAP
)   June 6, 2006
RONALD CHARLES, )
      Defendant )

### AFFIDAVITT IN SUPPORT OF DEFENDANT'S MOTION TO MOVE SENTENCING HEARING FORWARD OR IN THE ALTERNATIVE CONTINUE SENTENCING HEARING

I, Bernard T. O'Connor, Jr. hereby states as follows:

1.    I am the attorney of record for the defendant, and I have personal knowledge of the facts contained herein unless otherwise stated;

2.    This case is scheduled for a sentencing hearing on June 29, 2006 at 3:30 p.m.

3.    By way of brief background, undersigned's 10 year old son has been diagnosed with juvenile diabetes and is treated at the Joslin Diabetes Center ("Joslin") in Boston Massachusetts. He is insulin dependant and has recently been approved for, and has received, an insulin pump. The transfer to the insulin pump will be monitored by his physicians and staff at Joslin.

4.    Joslin has scheduled the transfer procedure from daily insulin injections to the insulin pump in two parts, the first scheduled appointment on June 22, 2006 at 4:00 p.m. and the second appointment on June 29, 2006 at 4:00 p.m.

5.    Staff at Joslin Diabetes Center have indicated to the undersigned special accommodations have been made to scheduled the appointments on June 22, 2006 and June 29, 2006, and that if the above appointments can not be made the next

available appointments would not be until September 2006.

   SIGNED UNDER THE PENALTIES OF PERJURY THIS 6TH DAY OF JUNE, 2006.

              _____
              Bernard T. O'Connor, Jr.